# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# JOHNSTOWN DIVISION

| | |
|---|---|
| SATURNINO VASQUEZ MEJIA, | )<br>) |
| Petitioner, | )<br>) Civil Action No. 3:25-cv-00333<br>) |
| vs. | )<br>) United States Magistrate Judge<br>) Christopher B. Brown |
| KRISTI NOEM, SECRETARY OF HOMELAND SECURITY, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID O'NEILL, DIRECTOR, PHILADELPHIA ICE FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; PAMELA J. BONDI, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE,; AND LEONARD ODDO, WARDEN, MOSHANNON VALLEY PROCESSING CENTER; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Respondents. | )<br>) |

## ORDER

**AND NOW**, this 11th day of December, 2025, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. The Petition for Writ of Habeas Corpus filed by SATURNINO VASQUEZ MEJIA is **GRANTED** to the extent that it seeks an individualized bond hearing before an immigration judge.

2. The Government is **DIRECTED** to provide Vasquez Mejia with the statutory process required under 8 U.S.C. § 1226, which includes a bond hearing.

3. The Government shall arrange for an individualized bond hearing to be conducted by an immigration judge by **December 26, 2025.**

4. The parties shall provide notice to the Court of the outcome of the individualized bond hearing within seven days of the date of the immigration judge's decision.

**IT IS FURTHER ORDERED**, with no further action being required by the Court at this time, the Clerk of Court shall mark this matter closed.

BY THE COURT:

s/Christopher B. Brown
Christopher B. Brown
United States Magistrate Judge

cc:   All Counsel of Record
      (via ECF electronic notification)